FILED

MAY 1 6 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. **4:19CR00389 AGF/SPM** | |
| v. ) | |
| ) | |
| ERNESTO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 20, 2019, in the Eastern District of Missouri and elsewhere,

**ERNESTO MARTINEZ,**

the defendant herein, did knowingly travel in interstate commerce, from McAllen, Texas to Saint Louis, Missouri, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

DIANNA R. COLLINS, #59641
Assistant United States Attorney